## Commonwealth *v.* Fisher, Appellant.

Submitted December 3, 1973. *William F. Ochs, Jr.,* for appellant; *Grant E. Wesner,* Deputy District Attorney,

and *Robert L. VanHoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.